U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT 11 2006

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| ANTHONY PAYTON | DOCKET NO. 1:05 CV 2092, SEC.P |
| VERSUS | JUDGE DEE D. DRELL |
| LT. CHARLES DUBROCK, ET AL | MAGISTRATE JUDGE JAMES D. KIRK |

### JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Plaintiff's Civil Rights Complaint be and is hereby **DISMISSED, *sua sponte*, under 28 U.S.C. §1915(e)(2)(B)(i) as frivolous.**

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, on this 10 day of October, 2006.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE